UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| M.K., <br><br> Petitioner, <br><br> - v. - <br><br> WILLIAM P. JOYCE, *et al.*, <br><br> Respondents. | No. 25 Civ. 1935 (JMF) <br><br> NOTICE OF APPEARANCE |

TO:   Clerk of Court
       United States District Court
       Southern District of New York

    The undersigned attorney respectfully requests that the Clerk note his appearance in this case as counsel for Respondents and add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
       March 10, 2025

Respectfully submitted,

MATTHEW PODOLSKY
Acting United States Attorney for the
Southern District of New York

By:   /s/ Jeffrey Oestericher
JEFFREY OESTERICHER
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Telephone: (212) 637-2695
Facsimile:  (212) 637-0033
Email:  Jeffrey.Oestericher@usdoj.gov