UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

FRANKLIN MENDEZ,

                                         Plaintiff,

-against-

MOLLY WASLOW PARK, COMMISSIONER,
NEW YORK CITY DEPARTMENT OF SOCIAL
SERVICES and THE CITY OF NEW YORK,

                                         Defendants.

------------------------------------------------------------------------ x

**NOTICE OF APPEARANCE**

24-cv-2486-ER

        Please enter the appearance of the undersigned, as lead attorney and attorney to be noticed, on behalf of Defendants Molly W. Park, in her official capacity as Commissioner of the New York City Department of Social Services, and the City of New York in the above-captioned action.

Dated:       April 23, 2024
                New York, New York

                                            HON. SYLVIA O. HINDS-RADIX
                                            Corporation Counsel of the
                                              City of New York
                                            *Attorney for Defendants*
                                            100 Church Street
                                            New York, New York 10007
                                            Office: (212) 356-2079
                                            Cell: 347-556-8536
                                            jvyas@law.nyc.gov

By:        _____
                                            Jaimini Vyas
                                            Assistant Corporation Counsel

cc: **By ECF and US mail**
      *Pro se* Plaintiff
      Franklin Mendez
      Help USA Shelter
      C-346
      111 Suken Garden Loop
      New York, NY 10035