**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VINCENZO PECCARINO, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>Defendants. | Civil Action No. 1:22-cv-02189<br><br>CLASS ACTION |
| SI FAN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>Defendants. | Civil Action No. 1:22-cv-03277<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING ARMAN AND RUJUN KNIGHT AS LEAD PLAINTIFF, APPROVING THEIR SELECTION OF LEAD COUNSEL, AND CONSOLIDATING ALL RELATED ACTIONS**

Upon consideration of: (1) the Motion of Arman Aghaei Knight and Rujun Zheng Knight for appointment as Lead Plaintiff, approval of their selection of counsel, and consolidation of all related securities class actions; (2) the Memorandum of Law in support thereof; (3) the Declaration of Javier Bleichmar submitted herewith; and (4) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.      Mr. and Mrs. Knight's Motion is **GRANTED.**

2.      Mr. and Mrs. Knight are **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to paragraph 4 of this Order.

3.      Mr. and Mrs. Knight's selection of Lead Counsel is **APPROVED**, and Gibbs Law Group LLP is **APPOINTED** as Lead Counsel for the Class.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned actions, and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned actions are **CONSOLIDATED** for all purposes.

5.      This action shall be captioned "*In re Grab Holdings Limited Securities Litigation*" and the file shall be maintained under Master File No. 1:22-cv-02189.

**IT IS SO ORDERED.**

Dated: _____, 2022

_____
HON. VICTOR MARRERO
UNITED STATES DISTRICT JUDGE