# EXHIBIT A

**DECLARATION OF ARMAN AGHAEI KNIGHT AND RUJUN ZHENG KNIGHT**

We, Arman Aghaei Knight and Rujun Zheng Knight, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. We respectfully submit this Declaration in support of our motion for appointment as Lead Plaintiff in the securities class action concerning Grab Holdings Limited ("GRAB" or the "Company"). We have personal knowledge about the information in this Declaration as it relates to each of us individually, and could and would testify competently to the facts stated below.

2. We have been married for ten years. We reside in Seattle, Washington.

3. I, Arman Aghaei Knight, graduated from Carleton University in 2007 with a degree in software engineering. I have worked as a software engineer and manager for the past 15 years, including my current position as a Director of Engineering at Bluecrew, a workforce management technology company. As part of my role, I broadly oversee technical development, and supervise over twenty direct reports, other managers, and individual contributors across multiple teams. Because of my experience, I am comfortable with, and knowledgeable about, supervising other people.

4. I, Rujun Zheng Knight, graduated from the University of Washington in 2006 with a degree in international business and finance. I have worked as a product manager for technology companies for the past 14 years, including my position as a senior product manager at Microsoft, where I collaborated with and supervised other employees in product development. In my current role as a Principal Product Manager at a health technology company, I oversee product planning and development, and direct technical and non-technical employees in implementing projects aligned with the product roadmap. In addition, two years ago, I founded my own leadership coaching company, where I blend my product manager and mindfulness competencies to help others excel. Because of my experience, I am comfortable with, and knowledgeable about, supervising other people.

5. Each of us has been actively investing in the stock market for over a decade. Before investing in GRAB, we researched the company, including its financial status and prospects, quarterly investor presentations, its quarterly and annual SEC reports, transcripts of investor calls, as well as company news. Based on our research, we strongly believe that GRAB and its management defrauded investors.

1

Document Ref: PZEAL-VGFJA-9WNF8-WVFVO

6. As shown in the certification filed with our motion to serve as Lead Plaintiff, we bought a significant amount of GRAB securities, and suffered substantial losses as a result of the federal securities law violations alleged in this case. We are keenly interested in prosecuting this action and are highly motivated to maximize the recovery for all class members.

7. We are informed of, understand, and accept the duties and requirements imposed by the Private Securities Litigation Reform Act of 1995, including the duties to select and retain counsel, oversee the vigorous and efficient prosecution of the action, and maximize the recovery for the class. We are committed to securing the best possible result for all affected GRAB investors from all potentially culpable parties. We have the resources, time, wherewithal, and desire to closely oversee the prosecution of this action, see it through to its complete resolution, and ensure it is litigated efficiently and in the best interests of the other investors harmed by GRAB's misconduct.

8. We will confer with counsel regarding the litigation strategy, settlement, and other matters that may arise, attend court proceedings and hearings if needed, be available for deposition, and review and authorize the filing of important litigation documents. We will also ensure that this case is litigated without duplication of effort for the benefit of the class. We are committed to satisfying these obligations if appointed Lead Plaintiff and reaffirm that we will ensure this case is litigated in the best interests of the class.

Document Ref: PZEAL-VGFJA-9WNF8-WVFVO

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury that the foregoing statements are true and correct to the best of our knowledge.

Name: Arman Aghaei Knight

Date: 05 / 12 / 2022

Name: Rujun Zheng Knight

Date: 05 / 12 / 2022

Document Ref: PZEAL-VGFJA-9WNF8-WVFVO