# EXHIBIT D

**CERTIFICATION**

I, Arman Aghaei Knight, hereby certify as follows:

1. I have reviewed a complaint filed against Grab Holdings Limited ("Grab") and others for violations of the federal securities laws.

2. I did not purchase or sell securities of Grab at the direction of counsel in order to participate in any private action under the federal securities laws.

3. I am willing to serve as lead plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the benefit of the Class.

4. My transactions in Grab securities during the Class Period are reflected in Schedule A, attached hereto.

5. I have not sought to serve as a representative party in a class action filed under the federal securities laws in the last three years.

6. Beyond my *pro rata* share of any recovery, I will not accept payment for serving as lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __4__ day of __April__ __2022__.

**CLIENT**

By: _____
Arman Aghaei Knight

00Q3m000016kIq8EAE

# SCHEDULE A

ARMAN AGHAEI KNIGHT'S TRANSACTIONS IN
GRAB HOLDINGS LIMITED

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 12/03/2021 | 11,627.0000 | 8.60 | ($99,992.20) |
| Purchase | 12/03/2021 | 0.9070 | 8.60 | ($7.80) |

Document Ref: XVJDN-Z2YGS-9KYD3-V7ETU

## CERTIFICATION

I, Rujun Knight, hereby certify as follows:

1. I have reviewed a complaint filed against Grab Holdings Limited ("Grab") and others for violations of the federal securities laws.

2. I did not purchase or sell securities of Grab at the direction of counsel in order to participate in any private action under the federal securities laws.

3. I am willing to serve as lead plaintiff on behalf of the Class in this matter, including providing testimony at deposition and trial, if necessary. I fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the benefit of the Class.

4. My transactions in Grab securities during the Class Period are reflected in Exhibit A, attached hereto.

5. I have not sought to serve as a representative party in a class action filed under the federal securities laws in the last three years.

6. Beyond my *pro rata* share of any recovery, I will not accept payment for serving as lead plaintiff on behalf of the Class, except the reimbursement of such reasonable costs and expenses including lost wages as ordered or approved by the Court.

I declare under penalty of perjury, under the laws of the United States, that the foregoing is true and correct this __4__ day of __April__ __2022__ .

**CLIENT**

By: _____
          Rujun Knight

00Q3m000016l6AzEAI

# SCHEDULE A

RUJUN ZHENG KNIGHT'S TRANSACTIONS IN
GRAB HOLDINGS LIMITED

| Transaction Type | Trade Data | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Purchase | 12/03/2021 | 11,415.0000 | 8.76 | ($99,995.40) |
| Purchase | 12/03/2021 | 0.4100 | 8.76 | ($3.59) |