# EXHIBIT E

Financial Interest Analysis for Arman Aghaei Knight

Class Period: August 2, 2021 - March 3, 2022

**FIFO/LIFO - Grab Holdings Ltd. (f/k/a Altimeter Growth Corp.) Common Stock**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 8/2/2021 | 0.00 | | |
| Purchase | 12/3/2021 | 11,627.0000 | $8.6000 | ($99,992.20) |
| Purchase | 12/3/2021 | 0.9070 | $8.5996 | ($7.80) |
| *Total Class Period Purchases* | | 11,627.9070 | | ($100,000.00) |
| None | | | | |
| *Total Class Period Sales Matching to Class Period Purchases* | | 0.0000 | | $0.00 |
| None | | | | |
| *Total Post-Class Period Sales Matching to Class Period Purchases* | | 0.0000 | | $0.00 |
| Retained Shares [1] | | 11,627.9070 | $3.2515 | $37,808.59 |

**FIFO/LIFO Gain/(Loss):** ($62,191.41)

**FIFO/LIFO Based on Dura [2] - Grab Holdings Ltd. (f/k/a Altimeter Growth Corp.) Common Stock**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 8/2/2021 | 0.0000 | | |
| Purchase | 12/3/2021 | 11,627.0000 | $8.6000 | ($99,992.20) |
| Purchase | 12/3/2021 | 0.9070 | $8.5996 | ($7.80) |
| *Class Period Purchases Retained Through the Disclosure and Matching Sales (if any)* | | 11,627.9070 | | ($100,000.00) |
| Retained Shares [1] | | 11,627.9070 | $3.2515 | $37,808.59 |

**FIFO/LIFO Gain/(Loss) Based on Dura:** ($62,191.41)

Financial Interest Analysis for Rujun Zheng Knight

Class Period: August 2, 2021 - March 3, 2022

**FIFO/LIFO - Grab Holdings Ltd. (f/k/a Altimeter Growth Corp.) Common Stock**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 8/2/2021 | 0.0000 | | |
| Purchase | 12/3/2021 | 11,415.0000 | $8.7600 | ($99,995.40) |
| Purchase | 12/3/2021 | 0.4100 | $8.7600 | ($3.59) |
| *Total Class Period Purchases* | | 11,415.4100 | | ($99,998.99) |
| None | | | | |
| *Total Class Period Sales Matching to Class Period Purchases* | | 0.0000 | | $0.00 |
| None | | | | |
| *Total Post-Class Period Sales Matching to Class Period Purchases* | | 0.0000 | | $0.00 |
| Retained Shares [1] | | 11,415.4100 | $3.2515 | $37,117.64 |

| | |
|---|---|
| **FIFO/LIFO Gain/(Loss):** | ($62,881.35) |

**FIFO/LIFO Based on Dura [2] - Grab Holdings Ltd. (f/k/a Altimeter Growth Corp.) Common Stock**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 8/2/2021 | 0.0000 | | |
| Purchase | 12/3/2021 | 11,415.0000 | $8.7600 | ($99,995.40) |
| Purchase | 12/3/2021 | 0.4100 | $8.7600 | ($3.59) |
| *Class Period Purchases Retained Through the Disclosure and Matching Sales (if any)* | | 11,415.4100 | | ($99,998.99) |
| Retained Shares [1] | | 11,415.4100 | $3.2515 | $37,117.64 |

| | |
|---|---|
| **FIFO/LIFO Gain/(Loss) Based on Dura:** | ($62,881.35) |

| | |
|---|---|
| **Combined FIFO/LIFO Gain/(Loss):** | ($125,072.76) |
| **Combined FIFO/LIFO Gain/(Loss) Based on Dura:** | ($125,072.76) |

---

[1] *Retained shares are valued at the average close price from 3/3/2022 to 5/16/2022.*

[2] *Dura loss is the summation of the cost of Class Period purchases held through the Disclosure, proceeds of sales matched to purchases held through the Disclosures (if any), and the value of retained shares based on the 90-day look back average (if any). The pled disclosure occurred before the market opened on 3/3/2022 (the "Disclosure").*