**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| VINCENZO PECCARINO, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:22-cv-02189-VM |
| Plaintiff, | |
| v. | |
| GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY, | |
| Defendants. | |
| SI FAN, Individually and On Behalf of All Others Similarly Situated, | Case No. 1:22-cv-03277-VM |
| Plaintiff, | |
| v. | |
| GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY, | |
| Defendants. | |

**[PROPOSED] ORDER**

Having considered 121 Support, Inc. Motion for Consolidation of Related Actions, Appointment as Lead Plaintiff, and Approval of Lead Counsel (the "Motion"), and good cause appearing, the Court ORDERS as follows:

1.    The Motion is GRANTED;

2.    The above-captioned actions are consolidated pursuant to Federal Rule of Civil Procedure 42(a) as *In re* Grab *Holdings Limited Securities Litigation*, Master File No. 1:22-cv-02189-VM;

3.    The Court, having considered the provisions of the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(B), appoints 121 Support, Inc. as Lead Plaintiff; and

4.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B)(v), the Court approves Lead Plaintiff's selection of Glancy Prongay & Murray LLP as Lead Counsel for the class.

**IT IS SO ORDERED.**

Dated: _____, 2022          _____
                                          HON. VICTOR MARRERO
                                          UNITED STATES DISTRICT JUDGE

1