# EXHIBIT C

# Financial Interest Analysis

**Company Name:** Grab Holdings Limited
**Ticker:** GRAB
**Name:** 121 Support, Inc.

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 12/2/2021 | 1,000 | $13.6917 | -$13,691.7000 | | $0.0000 | -$13,691.70 |
| 12/3/2021 | 2 | $9.1500 | -$18.3000 | | $0.0000 | -$18.30 |
| 12/3/2021 | 152 | $9.3400 | -$1,419.6800 | | $0.0000 | -$1,419.68 |
| 12/3/2021 | 2,934 | $9.1100 | -$26,728.7400 | | $0.0000 | -$26,728.74 |
| 12/3/2021 | 3,231 | $9.1298 | -$29,498.3838 | | $0.0000 | -$29,498.38 |
| 12/3/2021 | 3,683 | $9.1800 | -$33,809.9400 | | $0.0000 | -$33,809.94 |
| 12/23/2021 | 9,090 | $7.3419 | -$66,737.8710 | | $0.0000 | -$66,737.87 |
| 12/23/2021 | 20,092 | $7.4041 | -$148,763.1772 | | $0.0000 | -$148,763.18 |
| 12/23/2021 | 3,800 | $7.2998 | -$27,739.2400 | | $0.0000 | -$27,739.24 |
| 1/5/2022 | 10,000 | $6.8086 | -$68,086.0000 | | $0.0000 | -$68,086.00 |
| 1/5/2022 | 5,000 | $6.8198 | -$34,099.0000 | | $0.0000 | -$34,099.00 |
| 2/16/2022 | 100 | $6.0250 | -$602.5000 | | $0.0000 | -$602.50 |
| 2/16/2022 | 50,098 | $6.0294 | -$302,060.8812 | | $0.0000 | -$302,060.88 |
| 2/16/2022 | 8,986 | $6.0398 | -$54,273.6428 | | $0.0000 | -$54,273.64 |

**Shares Retained:** 118,168

| | 90-Day Average Price | Shares Retained | | |
|---|---|---|---|---|
| | | | Subtotal: | -$807,529.06 |
| | $3.2648 | 118,168 | 90-Day Average: | $385,795.35 |
| | | | Total: | -$421,733.71 |

Notes

The 90-Day Average Price used in this loss chart is the average closing price between March 3, 2022 and May 13, 2022.