# EXHIBIT A

# CERTIFICATION OF PLAINTIFF PURSUANT TO FEDERAL SECURITIES LAWS

I, Melisa Stutz, on behalf of SLG Cloudbank Holdings, LLC ("Plaintiff"), duly certify and say, as to the claims asserted under the federal securities laws, that:

1.    I am duly authorized to act on behalf of Plaintiff.

2.    Plaintiff has reviewed a complaint filed in the action.

3.    Plaintiff did not purchase the security that is the subject of this action at the direction of counsel or in order to participate in this action.

4.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

5.    Plaintiff's transaction(s) in Grab Holdings Limited which are the subject of this litigation during the class period set forth in the complaint are set forth in the chart attached hereto.

6.    Within the last 3 years, Plaintiff has not sought to serve nor has it served as a class representative in any federal securities fraud case.

7.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except as ordered or approved by the court, including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 12th, 2022.

SLG Cloudbank Holdings, LLC

DocuSigned by:

*Melisa C. Stutz*

137ADE78A726407...

By:    Melisa Stutz, Manager

| Case Name | Grab Holdings Limited f/k/a Altimeter Growth Corp. |
|---|---|
| Ticker | GRAB |
| Class Period | 08-02-2021 to 03-03-2022 |

**Client Name**

SLG Cloudbank Holdings, LLC

| Date of Transaction | Transaction Type | Quantity | Price per Share |
|---|---|---|---|
| 12-07-2021 | P | 263,190 | $ 08.8500 |