# EXHIBIT B

| Client Name | SLG Coudbank Holdings, LLC |
|---|---|
| Company Name | Grab Holdings Limited f/k/a Altimeter Growth Corp. |
| Ticker Symbol | GRAB |
| Security Type | |
| Class Period Start | 08-02-2021 |
| Class Period End | 03-03-2022 |
| 90-DAY Lookback Period Start | 03-04-2022 |
| 90-DAY Lookback Period End | 05-15-2022 |
| 90-DAY Lookback Average | $3.25 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 1,473,605.97 |
| DURA LIFO* Total | $ 1,473,605.97 |
| Gross Shares Acquired | 263,190 |
| Net Shares Retained | 263,190 |
| Net Funds Expended | $ 2,329,231.50 |

### SLG Cloudbank Holdings, LLC

| | Acquisitions | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Acquired During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 12-07-2021 | 263,190 | 8.85 | $ 2,329,231.50 | | | | | | - | 263,190 | 263,190 | $3.25 | $ 855,625.53 | $ 1,473,605.97 | $ 1,473,605.97 |
| Total: | 263,190 | | $ 2,329,231.50 | | | | | | | 263,190 | 263,190 | | $ 855,625.53 | $ 1,473,605.97 | $ 1,473,605.97 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.