# EXHIBIT D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| VINCENZO PECCARINO, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>Defendants. | Case No.: 1:22-cv-02189-VM<br><br>Hon. Victor Marrero |
| SI FAN, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY,<br><br>Defendants. | Case No.: 1:22-cv-03277-VM<br><br>Hon. Victor Marrero |

## DECLARATION OF SLG CLOUDBANK HOLDINGS, LLC IN SUPPORT OF ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

I, Melisa Stutz, pursuant to 28 U.S.C. § 1746, declare as follow:

1.  I respectfully submit this Declaration in support of SLG Cloudbank Holdings, LLC's ("SLG") motion for appointment as Lead Plaintiff in the above-captioned securities class actions (the "Actions") against Grab Holdings Limited ("Grab" or the "Company"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.  SLG is an investment holding company that operates for the benefit of its members. SLG is based in Winter Park, Florida and has been in business since 2018. I serve as SLG's

manager and, as such, I am authorized to take all actions on behalf of SLG with respect to the Actions.

3.      SLG acquired GRAB stock during the Class Period between August 2, 2021 and March 3, 2022, inclusive. As a result of these acquisitions, SLG sustained a significant financial loss due to Defendants' alleged fraud. The extent of these losses prompted SLG to file the accompanying motion for lead plaintiff in the Actions rather than remain a passive Class member.

4.      If appointed as the lead plaintiff in the Actions, I will take all steps necessary to maximize the recovery for itself and the rest of the Class as SLG's authorized representative. This includes, when necessary, conferring with counsel and attending court proceedings, depositions, settlement negotiations, and hearings to adequately protect the interests of the Class. I am qualified to serve in this capacity given my educational and professional background, which includes a bachelor's in accounting and financial services and experience overseeing attorneys in my capacity as manager for SLG. On behalf of SLG, I will ensure that the claims asserted in the Actions are prosecuted zealously.

5.      SLG recognizes the importance of selecting qualified and experienced counsel to prosecute the claims at bar. Prior to seeking appointment as lead plaintiff in the Actions, SLG communicated with attorneys at Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the Actions would progress after a lead plaintiff is appointed. SLG also conducted research into Levi & Korsinsky, LLP and its attorneys and negotiated a favorable fee agreement for the benefit of the Class. SLG understands that a lead plaintiff is required to direct the litigation on behalf of the Class, stay apprised of all material developments of the litigation, and to act in the best interests of the Class.

6.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience,

2

resources, and past successes, SLG signed a retainer agreement with Levi & Korsinsky, LLP, and authorized the firm to file a lead plaintiff motion on its behalf.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct. Executed this __12th__ day of May 2022.

DocuSigned by:

Melisa C. Stutz

137ADE78A726407

By: Melisa Stutz, Manager
SLG Cloudbank Holdings, LLC