UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X

RECLAIM THE RECORDS, *et al.*,
      Plaintiffs,

-against-              No. 1:23-cv-01650 (JPC)

UNITED STATES DEPARTMENT OF STATE,
      Defendant.
-------------------------------------------------------------------- X

  PLEASE TAKE NOTICE that, upon the annexed declaration, Katherine Adams will respectfully move this Court, at Danial Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, on a day and time to be determined by the Court, for leave to withdraw as plaintiffs' counsel in the above-captioned matter.

Dated: New York, New York
    December 22, 2023

                   _____
                   Katherine Adams
                   Beldock Levine & Hoffman LLP
                   99 Park Ave., PH/26th Floor
                   New York, NY 10016
                   (212) 277-5824

The request is granted. The Clerk of Court is respectfully directed to terminate Katherine Adams as counsel in this case.

SO ORDERED
December 29, 2023
New York, New York

          _____
          JOHN P. CRONAN
          United States District Judge