UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

RECLAIM THE RECORDS, *et. al.*,

                        Plaintiffs,

- against -

UNITED STATES DEPARTMENT OF STATE,

                        Defendants.

-----------------------------------------------------------------X

NOTICE OF MOTION TO WITHDRAWAL AS COUNSEL

23-cv-01650 (JPC)

**PLEASE TAKE NOTICE** that, pursuant to Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Jeffrey F. Kinkle, request the withdrawal of my appearance as counsel for Plaintiffs, and further request removal from the Court's electronic filing notification system for this action. After December 15, 2023, I will no longer be employed by Beldock Levine & Hoffman LLP. Beldock Levine & Hoffman LLP will remain counsel of record for the Plaintiffs in this action.

Dated: New York, New York
         December 15, 2023

                                      By: /s/ Jeffrey F. Kinkle
                                           Jeffrey F. Kinkle

                                       BELDOCK LEVINE & HOFFMAN LLP
                                       99 Park Avenue, PH/26th Floor
                                       New York, New York 10016
                                       P: 212-277-5883
                                       E: jkinkle@blhny.com

The request is granted.  The Clerk of Court is respectfully directed to terminate Jeffrey Kinkle as counsel in this case.

SO ORDERED
December 29, 2023
New York, New York

                                       _____
                                          JOHN P. CRONAN
                                       United States District Judge