# EXHIBIT B

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

Sanjay Mirchandani ("Plaintiff") declares:

1.    Plaintiff has reviewed a complaint and authorized its filing.  Plaintiff has authorized the filing of a motion for appointment as lead plaintiff.

2.    Plaintiff did not acquire the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action or any other litigation under the federal securities laws.

3.    Plaintiff is willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary.

4.    Plaintiff has made the following transaction(s) during the Class Period in the securities that are the subject of this action:  *See* attached Schedule A.

5.    Plaintiff has not sought to serve or served as a representative party in a class action that was filed under the federal securities laws within the three-year period prior to the date of this Certification except as detailed below:  None.

6.    Plaintiff will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiff's pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this $15$ day of May, 2022.

DocuSigned by:

A040A8E4DAF5471...

Sanjay Mirchandani

GRAB

**SCHEDULE A**

**SECURITIES TRANSACTIONS**

**Stock**

| Date Acquired | Amount of Shares Acquired | Price |
|---|---|---|
| 10/14/2021 | 1,000 | $10.39 |
| 10/14/2021 | 500 | $10.48 |
| 10/15/2021 | 500 | $10.80 |
| 10/18/2021 | 1,000 | $10.75 |
| 10/18/2021 | 5 | $10.90 |
| 10/18/2021 | 4 | $10.93 |
| 10/18/2021 | 991 | $10.93 |
| 10/18/2021 | 500 | $10.56 |
| 10/19/2021 | 200 | $10.55 |
| 10/19/2021 | 300 | $10.53 |
| 10/19/2021 | 300 | $10.41 |
| 10/20/2021 | 200 | $10.31 |
| 10/20/2021 | 500 | $10.21 |
| 10/21/2021 | 500 | $10.15 |
| 10/25/2021 | 500 | $12.73 |
| 10/25/2021 | 450 | $13.98 |
| 10/25/2021 | 50 | $14.00 |
| 10/26/2021 | 80 | $14.42 |
| 10/26/2021 | 420 | $14.61 |
| 10/26/2021 | 491 | $13.62 |
| 10/26/2021 | 9 | $13.77 |
| 10/26/2021 | 500 | $13.41 |
| 10/26/2021 | 500 | $12.60 |
| 11/09/2021 | 800 | $13.90 |
| 11/09/2021 | 2,000 | $13.91 |
| 11/26/2021 | 500 | $13.00 |
| 11/26/2021 | 500 | $12.99 |
| 11/30/2021 | 500 | $13.50 |
| 12/01/2021 | 400 | $12.48 |
| 12/01/2021 | 100 | $12.50 |
| 12/02/2021 | 1,000 | $9.80 |
| 12/02/2021 | 1,000 | $9.80 |
| 12/02/2021 | 1,000 | $9.70 |
| 12/02/2021 | 1,000 | $9.11 |
| 01/21/2022 | 1,000 | $5.65 |
| 02/02/2022 | 87 | $5.48 |
| 02/14/2022 | 1,000 | $5.93 |
| 02/22/2022 | 2,000 | $5.10 |

| Date Disposed | Amount of Shares Disposed | Price |
|---|---|---|
| 10/27/2021 | 500 | $11.83 |
| 11/02/2021 | 500 | $12.01 |
| 11/02/2021 | 500 | $12.01 |
| 11/02/2021 | 500 | $12.02 |
| 11/03/2021 | 300 | $11.78 |
| 01/13/2022 | 87 | $6.07 |

**Options**

| Date Acquired | Type/Amount of Securities Acquired | Price |
|---|---|---|
| 10/14/2021 | (C11 11/19/21) 2 | $0.95 |
| 10/21/2021 | (C12.5 04/14/22) 1 | $1.10 |
| 10/21/2021 | (C12.5 04/14/22) 4 | $1.10 |
| 10/21/2021 | (C10 01/19/24) 10 | $3.60 |
| 10/21/2021 | (C10 01/19/24) 20 | $3.60 |
| 10/21/2021 | (C10 01/19/24) 20 | $3.60 |
| 10/21/2021 | (C10 01/19/24) 10 | $3.60 |
| 10/21/2021 | (C10 01/19/24) 10 | $3.60 |
| 10/21/2021 | (C10 01/19/24) 10 | $3.60 |
| 10/21/2021 | (C10 01/19/24) 10 | $3.60 |
| 10/21/2021 | (C11 11/19/21) 2 | $0.30 |
| 10/21/2021 | (C11 11/19/21) 6 | $0.30 |
| 10/22/2021 | (C10 01/19/24) 5 | $4.35 |
| 10/22/2021 | (C10 01/19/24) 5 | $4.35 |
| 10/22/2021 | (C15 01/20/23) 50 | $2.00 |
| 10/22/2021 | (C15 01/20/23) 50 | $2.00 |
| 10/22/2021 | (C15 01/20/23) 100 | $2.00 |
| 10/22/2021 | (C15 01/20/23) 50 | $1.95 |
| 10/22/2021 | (C15 01/20/23) 50 | $1.95 |
| 11/03/2021 | (C12.5 01/21/22) 20 | $2.15 |
| 11/12/2021 | (C14 11/19/21) 1 | $2.60 |
| 11/12/2021 | (C14 11/19/21) 9 | $2.65 |
| 11/19/2021 | (C15 12/17/21) 10 | $2.20 |
| 11/19/2021 | (C15 12/17/21) 10 | $2.20 |
| 11/19/2021 | (C15 12/17/21) 10 | $2.20 |
| 11/19/2021 | (C15 12/17/21) 10 | $2.10 |
| 11/19/2021 | (C15 12/17/21) 10 | $2.10 |
| 11/22/2021 | (C15 12/17/21) 10 | $1.95 |
| 12/01/2021 | (C15 12/17/21) 10 | $0.80 |
| 12/16/2021 | (C10 01/19/24) 10 | $2.50 |
| 12/16/2021 | (C10 01/19/24) 10 | $2.50 |

| Date Disposed | Type/Amount of Securities Sold | Price |
|---|---|---|
| 10/21/2021 | (C11 11/19/21) 5 | $0.85 |
| 10/21/2021 | (C11 11/19/21) 3 | $0.75 |
| 10/27/2021 | (C11 11/19/21) 2 | $1.60 |
| 11/12/2021 | (C14 11/19/21) 2 | $2.70 |
| 11/12/2021 | (C14 11/19/21) 8 | $2.65 |
| 12/17/2021[A] | (C15 12/17/21) 70 | |
| 1/21/2022[A] | (C12.5 01/21/22) 20 | |

[A]Expired option.

Prices listed are rounded to two decimal places.