# EXHIBIT C

| Name | Date | Shares Acquired | Price | Total Cost | Date | Shares Disposed | Price | Total Proceeds | Total Gain (Loss)* |
|---|---|---|---|---|---|---|---|---|---|
| **Sanjay Mirchandani** | 10/14/2021 | 1,000 | $10.39 | $10,389.74 | 10/27/2021 | 500 | $11.83 | $5,915.00 | |
| | 10/14/2021 | 500 | $10.48 | $5,240.00 | 11/02/2021 | 500 | $12.01 | $6,005.00 | |
| | 10/15/2021 | 500 | $10.80 | $5,400.00 | 11/02/2021 | 500 | $12.01 | $6,005.80 | |
| | 10/18/2021 | 1,000 | $10.75 | $10,750.00 | 11/02/2021 | 500 | $12.02 | $6,011.06 | |
| | 10/18/2021 | 5 | $10.90 | $54.50 | 11/03/2021 | 300 | $11.78 | $3,534.00 | |
| | 10/18/2021 | 4 | $10.93 | $43.72 | 01/13/2022 | 87 | $6.07 | $528.09 | |
| | 10/18/2021 | 991 | $10.93 | $10,829.27 | held | 20,000 | $3.26 | $65,290.00 | |
| | 10/18/2021 | 500 | $10.56 | $5,280.00 | | | | | |
| | 10/19/2021 | 200 | $10.55 | $2,110.00 | | | | | |
| | 10/19/2021 | 300 | $10.53 | $3,159.00 | | | | | |
| | 10/19/2021 | 300 | $10.41 | $3,122.49 | | | | | |
| | 10/20/2021 | 200 | $10.31 | $2,062.00 | | | | | |
| | 10/20/2021 | 500 | $10.21 | $5,105.00 | | | | | |
| | 10/21/2021 | 500 | $10.15 | $5,075.00 | | | | | |
| | 10/25/2021 | 500 | $12.73 | $6,365.00 | | | | | |
| | 10/25/2021 | 450 | $13.98 | $6,291.00 | | | | | |
| | 10/25/2021 | 50 | $14.00 | $700.00 | | | | | |
| | 10/26/2021 | 80 | $14.42 | $1,153.60 | | | | | |
| | 10/26/2021 | 420 | $14.61 | $6,136.20 | | | | | |
| | 10/26/2021 | 491 | $13.62 | $6,687.42 | | | | | |
| | 10/26/2021 | 9 | $13.77 | $123.93 | | | | | |
| | 10/26/2021 | 500 | $13.41 | $6,705.00 | | | | | |
| | 10/26/2021 | 500 | $12.60 | $6,300.00 | | | | | |
| | 11/09/2021 | 800 | $13.90 | $11,120.00 | | | | | |
| | 11/09/2021 | 2,000 | $13.91 | $27,820.00 | | | | | |
| | 11/26/2021 | 500 | $13.00 | $6,500.00 | | | | | |
| | 11/26/2021 | 500 | $12.99 | $6,495.00 | | | | | |
| | 11/30/2021 | 500 | $13.50 | $6,750.00 | | | | | |
| | 12/01/2021 | 400 | $12.48 | $4,991.28 | | | | | |
| | 12/01/2021 | 100 | $12.50 | $1,249.64 | | | | | |
| | 12/02/2021 | 1,000 | $9.80 | $9,800.00 | | | | | |
| | 12/02/2021 | 1,000 | $9.80 | $9,800.00 | | | | | |
| | 12/02/2021 | 1,000 | $9.70 | $9,700.00 | | | | | |
| | 12/02/2021 | 1,000 | $9.11 | $9,110.00 | | | | | |
| | 01/21/2022 | 1,000 | $5.65 | $5,650.00 | | | | | |
| | 02/02/2022 | 87 | $5.48 | $476.53 | | | | | |
| | 02/14/2022 | 1,000 | $5.93 | $5,930.00 | | | | | |
| | 02/22/2022 | 2,000 | $5.10 | $10,199.00 | | | | | |
| | | **22,387** | | **$234,674.32** | | **22,387** | | **$93,288.95** | **($141,385.37)** |
| **Sanjay Mirchandani (C15 01/20/23)** | 10/22/2021 | 50 | $2.00 | $10,000.00 | held | 300 | $0.11 | $3,262.50 | |
| | 10/22/2021 | 50 | $2.00 | $10,000.00 | | | | | |
| | 10/22/2021 | 100 | $2.00 | $20,000.00 | | | | | |
| | 10/22/2021 | 50 | $1.95 | $9,750.00 | | | | | |
| | 10/22/2021 | 50 | $1.95 | $9,750.00 | | | | | |
| | | **300** | | **$59,500.00** | | **300** | | **$3,262.50** | **($56,237.50)** |
| **Sanjay Mirchandani (C10 01/19/24)** | 10/21/2021 | 10 | $3.60 | $3,600.00 | held | 120 | $0.56 | $6,757.14 | |
| | 10/21/2021 | 20 | $3.60 | $7,200.00 | | | | | |

|  | Date | Shares | Price | Cost | Date | Shares | Price | Proceeds | Loss |
|---|---|---|---|---|---|---|---|---|---|
|  | 10/21/2021 | 20 | $3.60 | $7,200.00 |  |  |  |  |  |
|  | 10/21/2021 | 10 | $3.60 | $3,600.00 |  |  |  |  |  |
|  | 10/21/2021 | 10 | $3.60 | $3,600.00 |  |  |  |  |  |
|  | 10/21/2021 | 10 | $3.60 | $3,600.00 |  |  |  |  |  |
|  | 10/21/2021 | 10 | $3.60 | $3,600.00 |  |  |  |  |  |
|  | 10/22/2021 | 5 | $4.35 | $2,175.00 |  |  |  |  |  |
|  | 10/22/2021 | 5 | $4.35 | $2,175.00 |  |  |  |  |  |
|  | 12/16/2021 | 10 | $2.50 | $2,500.00 |  |  |  |  |  |
|  | 12/16/2021 | 10 | $2.50 | $2,500.00 |  |  |  |  |  |
|  | | **120** | | **$41,750.00** | | **120** | | **$6,757.14** | **($34,992.86)** |
| **Sanjay Mirchandani (C15 12/17/21)** | 11/19/2021 | 10 | $2.20 | $2,200.00 | 12/17/2021[A] | 70 | $0.00 |  |  |
|  | 11/19/2021 | 10 | $2.20 | $2,200.00 |  |  |  |  |  |
|  | 11/19/2021 | 10 | $2.20 | $2,200.00 |  |  |  |  |  |
|  | 11/19/2021 | 10 | $2.10 | $2,100.00 |  |  |  |  |  |
|  | 11/19/2021 | 10 | $2.10 | $2,100.00 |  |  |  |  |  |
|  | 11/22/2021 | 10 | $1.95 | $1,950.00 |  |  |  |  |  |
|  | 12/01/2021 | 10 | $0.80 | $800.00 |  |  |  |  |  |
|  | | **70** | | **$13,550.00** | | **70** | | **$0.00** | **($13,550.00)** |
| **Sanjay Mirchandani (C12.5 01/21/22)** | 11/03/2021 | 20 | $2.15 | $4,300.00 | 1/21/2022[A] | 20 |  |  |  |
|  | | **20** | | **$4,300.00** | | **20** | | **$0.00** | **($4,300.00)** |
| **Sanjay Mirchandani (C12.5 04/14/22)** | 10/21/2021 | 1 | $1.10 | $110.00 | 4/14/2022[A] | 5 | $0.00 |  |  |
|  | 10/21/2021 | 4 | $1.10 | $440.00 |  |  |  |  |  |
|  | | **5** | | **$550.00** | | **5** | | **$0.00** | **($550.00)** |
| **Sanjay Mirchandani (C14 11/19/21)** | 11/12/2021 | 1 | $2.60 | $260.00 | 11/12/2021 | 2 | $2.70 | $540.00 |  |
|  | 11/12/2021 | 9 | $2.65 | $2,385.00 | 11/12/2021 | 8 | $2.65 | $2,120.00 |  |
|  | | **10** | | **$2,645.00** | | **10** | | **$2,660.00** | **$15.00** |
| **Sanjay Mirchandani (C11 11/19/21)** | 10/14/2021 | 2 | $0.95 | $190.00 | 10/21/2021 | 5 | $0.85 | $425.00 |  |
|  | 10/21/2021 | 2 | $0.30 | $60.00 | 10/21/2021 | 3 | $0.75 | $225.00 |  |
|  | 10/21/2021 | 6 | $0.30 | $180.00 | 10/27/2021 | 2 | $1.60 | $320.00 |  |
|  | | **10** | | **$430.00** | | **10** | | **$970.00** | **$540.00** |
| **Movants' Total** | | **22,922** | | **$357,399.32** | | **22,922** | | **$106,938.59** | **($250,460.72)** |

*For shares held at the end of the class period, losses are calculated by multiplying the shares held by the average share price during the 90 calendar days after the end of the class period. The price used is $3.26 as of May 13, 2022 for common stock.

[A]Expired option.
Prices listed are rounded to two decimal places.