Pro Se Intake Unit
U.S. District Court, Southern District of New York
500 Pearl Street
New York, NY 10007

Cazé D Thomas
_____

Write the full name of each plaintiff or petitioner.

Case No. 18 CV 03691

-against-

Five Star Electric Corp
New York State Dept of Human Rights
EEOC
MTA

Letter re: Service of Complaint

Write the full name of each defendant or respondent.

To Honorable Alison J. Nathan,

I Cazé D Thomas, the ~~Plaintiff~~ Plaintiff in this case, Recieved a notice stating that the Dept of Human Rights were not served the Complaint or the Amended Complaint. Though I do agree that they should be given an extention, I would like to take this opportunity to notify the court that the complaint was served to the Desk Receptionist at 55 Hanson Pl Bklyn, NY. I will provide the court with videos and photos of the Desk Receptionist Recieving such when I can get the means to transfer the data from my phone to a medium that I can then provide to the court. This applys to all defendant

10/9/18
Dated

Signature

Cazé D Thomas
Name

Prison Identification # (if incarcerated)

c/o 65-45 Parsons Blvd #1M   Fresh Meadows   NY   11365 Domestic Republic
Address                      City            State Zip Code

347-262-3434                 Thomasinelectric@yahoo.com
Telephone Number (if available)   E-mail Address (if available)

The Amended complaint was delivered to the Address stated on filed petition of service. For the DHR, the address in which it was delivered, is also 55 Hanson Pl BKlyn, NY. The confusion may stem for the miscommunication withing the Dept of Human Rights.

*[signature]*