UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCIS LUCCHESE-SOTO, KEVIN MCGUIRE, MATTHEW WICKHAM, and AMITAI HELLER, individually and on behalf of all others similarly situated,<br><br>      Plaintiffs,<br><br> v.<br><br>THE CRITERION COLLECTION, LLC,<br><br>      Defendant. | Case No. 1:24-CV-07345-VEC<br><br>Hon. Valerie E. Caproni |

**NOTICE OF MOTION FOR ATTORNEYS' FEES,
COSTS, EXPENSES, AND INCENTIVE AWARDS**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

 **PLEASE TAKE NOTICE** that on October 15, 2025, at 2:30 P.M. in Courtroom 20C before the Honorable Valerie E. Caproni, United States District Judge for the Southern District of New York, 500 Pearl Street, New York, New York, Plaintiffs Francis Lucchese-Soto, Kevin McGuire, Matthew Wickham, and Amitai Heller, by and through Class Counsel, will move and hereby do move for an order (1) approving the payment of attorneys' fees in the amount of $1,465,992.87 and reasonable costs, and expenses in the amount of $33,857.13, (2) granting Mr. Lucchese-Soto, Mr. McGuire, Mr. Wickham, and Mr. Heller incentive awards of $2,500 each in recognition of their efforts on behalf of the class, and (3) awarding such other and further relief as the Court deems reasonable and just.

 **PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely upon the accompanying memorandum of law in support and the Declarations of Yitzchak Kopel and Mark S. Reich with annexed exhibits.

Dated: August 5, 2025                                Respectfully submitted,

                                                  **BURSOR & FISHER, P.A.**

By: */s/ Yitzchak Kopel*
       Yitzchak Kopel

Yitzchak Kopel
Max S. Roberts
Victoria X. Zhou
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com
       mroberts@bursor.com
       vzhou@bursor.com

**LEVI & KORSINSKY, LLP**
Mark S. Reich (MR-4166)
Michael N. Pollack (6173272)
33 Whitehall Street, 27th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
Email: mreich@zlk.com
Email: mpollack@zlk.com

*Class Counsel*