UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| VINCENZO PECCARINO, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:22-cv-02189-VM |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY, | : | |
| | : | |
| Defendants. | : | |
| | : | |
| SI FAN, Individually and on Behalf of All Others Similarly Situated, | : | Civil Action No. 1:22-cv-03277-VM |
| | : | |
| | : | CLASS ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| GRAB HOLDINGS LIMITED, ANTHONY TAN, and PETER OEY, | : | |
| | : | |
| Defendants. | : | |

SANJAY MIRCHANDANI'S RESPONSE TO COMPETING
LEAD PLAINTIFF MOTIONS

4877-8918-3011.v1

Six motions were filed by putative class members seeking appointment as lead plaintiff in the above-captioned securities class action. *See* ECF 10, 13, 17, 19, 24, 25. Pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), district courts are to adopt a presumption that the applicant with the largest financial interest in the relief sought by the class that also satisfies the requirements of Fed. R. Civ. P. 23 is the "most adequate plaintiff." 15 U.S.C. §78u-4(a)(3)(B)(iii).

Here, while Sanjay Mirchandani suffered approximately $250,460 in losses as a result of defendants' alleged wrongdoing and satisfies the Rule 23 requirements at this stage, Mr. Mirchandani recognizes he did not suffer the greatest loss. If the Court determines that the movants with greater losses do not satisfy the PSLRA's requirements for appointment as lead plaintiff, Mr. Mirchandani remains ready, willing, and able to fulfill that role on behalf of the class.

DATED: May 31, 2022

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP
SAMUEL H. RUDMAN
DAVID A. ROSENFELD

_s/ David A. Rosenfeld_
DAVID A. ROSENFELD

58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)
srudman@rgrdlaw.com
drosenfeld@rgrdlaw.com

- 1 -

4877-8918-3011.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DANIELLE S. MYERS
JENNIFER N. CARINGAL
MICHAEL ALBERT
JUAN CARLOS SANCHEZ
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
dmyers@rgrdlaw.com
jcaringal@rgrdlaw.com
malbert@rgrdlaw.com
jsanchez@rgrdlaw.com

Proposed Lead Counsel for Proposed Lead Plaintiff

- 2 -

CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on May 31, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the email addresses on the attached Electronic Mail Notice List, and I hereby certify that I caused the mailing of the foregoing via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

s/ David A. Rosenfeld
DAVID A. ROSENFELD

ROBBINS GELLER RUDMAN
    & DOWD LLP
58 South Service Road, Suite 200
Melville, NY  11747
Telephone:  631/367-7100
631/367-1173 (fax)

Email:  drosenfeld@rgrdlaw.com

4877-8918-3011.v1

# Mailing Information for a Case 1:22-cv-02189-VM Peccarino v. Grab Holdings Limited et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Adam M. Apton**
  aapton@zlk.com,jtash@zlk.com,hakulp@zlk.com

- **Javier Bleichmar**
  jbleichmar@bfalaw.com

- **Jeffrey S. Geier**
  jgeier@skadden.com

- **Phillip C. Kim**
  pkim@rosenlegal.com,pkrosenlaw@ecf.courtdrive.com

- **Jeremy Alan Lieberman**
  jalieberman@pomlaw.com,ahood@pomlaw.com,asoto@pomlaw.com,disaacson@pomlaw.com,ashmatkova@pomlaw.com,abarbosa@pomlaw.com

- **Gregory Bradley Linkh**
  glinkh@glancylaw.com,info@glancylaw.com,greg-linkh-2000@ecf.pacerpro.com

- **David Avi Rosenfeld**
  drosenfeld@rgrdlaw.com,e_file_ny@rgrdlaw.com,e_file_sd@rgrdlaw.com,drosenfeld@ecf.courtdrive.com

- **Susan Leslie Saltzstein**
  ssaltzst@skadden.com

## Manual Notice List

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- (No manual recipients)