# PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Liza Velazquez**
**Direct Dial:** +1 212 373 3096
**Email:** lvelazquez@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

**By ECF**

September 3, 2025

Chief Magistrate Judge Sarah Netburn
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *Lindsey* v. *Citigroup Global Markets, Inc.*, 1:23-cv-10166 (ALC)(SN) (S.D.N.Y.)

Dear Judge Netburn:

    This firm represents Citigroup Global Markets Inc. in the above-captioned action. With the consent of Plaintiff Ardith Lindsey, and pursuant to Your Honor's Individual Practice Rule I.B, I write to respectfully request that the Court adjust the following deadlines:

a. The deadline to submit a proposed ESI Protocol and/or a 3-page letter describing any disputes between the parties regarding the same, from **September 5, 2025**, as set in the Civil Case Management Plan & Scheduling Order (ECF No. 33) ("Order") at 1, to **September 15, 2025**;

b. The deadline for the Parties to submit an update to the Court on their meet and confer efforts concerning the proposed Protective Order, from **September 5, 2025**, as set verbally by the Court at the July 17 Conference (Tr. at 15:2-12), to **October 6, 2025**; and

c. The deadline to submit a status letter informing the Court of the status of discovery and to address any outstanding discovery disputes from **September 15, 2025,** as set in the Order at 2, to **October 6, 2025**.

    Concerning the Protective Order and status letter, the Parties believe that additional time would allow the Parties to meet and confer after receiving one another's respective written responses to the discovery requests[1] so they can discuss the parameters of discovery and the need for any further adjustments to the PO, including potential AEO categories aside from those on which the parties have

---

[1] The parties have both propounded interrogatories and document requests. Plaintiff provided written responses and objections to defendant's discovery requests on September 2, 2025. The parties have agreed that Defendant will provide written responses and objections to Plaintiff's interrogatories by September 16, 2025, and Plaintiff's discovery requests on or before September 29, 2025.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP                                                                                                               2

already agreed.  *See* ECF No. 29-1 at ¶ 3(a)-(c).  Concerning the draft ESI Protocol, counsel are continuing to productively consult with their respective clients and document vendors and to meet and confer.

This is the first request for extension of these deadlines, and the Parties are jointly making the request.

Respectfully submitted,

*/s/ Liza Velazquez*
Liza Velazquez

cc:     All counsel of record (by ECF)