UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCIS LUCCHESE-SOTO, KEVIN MCGUIRE, MATTHEW WICKHAM, and AMITAI HELLER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE CRITERION COLLECTION, LLC,<br><br>Defendant. | Civil Action No. 1:24-cv-07345-VEC<br><br>Hon. Valerie E. Caproni |

NOTICE OF UNOPPOSED MOTION FOR
FINAL APPROVAL OF CLASS ACTION SETTLEMENT

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on October 15, 2025, at 2:30 P.M. in Courtroom 20C before the Honorable Valerie E. Caproni, United States District Court Judge, Southern District of New York, at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007, Plaintiffs Francis Lucchese-Soto, Kevin McGuire, Matthew Wickham, and Amitai Heller, by and through Class Counsel, will move and hereby do more for an order: (1) finally approving the Class Action Settlement, and (2) certifying the Settlement Class.

**PLEASE TAKE FURTHER NOTICE** that, in support of the motion, Plaintiffs will rely upon: (1) the accompanying Memorandum of Law; (2) the Declaration of Yitzchak Kopel; and (3) and the Declaration of Patrick M. Passarella of Kroll Settlement Administration LLC In Connection With Final Approval Of Settlement and exhibits attached thereto.

\* \* \*

A Proposed Final Approval Order is submitted herewith.

Dated: October 8, 2025                                Respectfully submitted,

**BURSOR & FISHER, P.A**.

By:   */s/ Yitzchak Kopel*
          Yitzchak Kopel

Yitzchak Kopel
Max S. Roberts
Victoria X. Zhou
1330 Avenue of the Americas, 32nd Floor
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
Email: ykopel@bursor.com

**LEVI & KORSINSKY, LLP**
Mark S. Reich (MR-4166)
Courtney E. Maccarone (CM-5863)
Michael N. Pollack (6173273)
33 Whitehall Street, 17th Floor
New York, NY 10004
Telephone: (212) 363-7500
Facsimile: (212) 363-7171
E-mail: mreich@zlk.com
          cmaccarone@zlk.com
          mpollack@gmail.com

*Class Counsel*