UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCIS LUCCHESE-SOTO, KEVIN MCGUIRE, MATTHEW WICKHAM, AMITAI HELLER, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>       v.<br><br>THE CRITERION COLLECTION, LLC,<br><br>                    Defendant. | Case No. 1:24-cv-07345-VEC<br><br>Hon. Valerie E. Caproni |

**DECLARATION OF YITZCHAK KOPEL IN SUPPORT OF
PLAINTIFFS' UNOPPOSED MOTION FOR FINAL APPROVAL OF
CLASS ACTION SETTLEMENT**

I, Yitzchak Kopel, pursuant to 28 U.S.C. § 1746, hereby declare as follows:

1. I am a partner at Bursor & Fisher, P.A., Class Counsel in this action. I am an attorney at law licensed to practice in the State of New York, and I am a member of the Bar of this Court. I make this Declaration in support of Plaintiffs' Motion for Final Approval of the Class Action Settlement and am fully competent to do so. I have personal knowledge of all matters set forth herein unless otherwise indicated, and, if called upon to testify, I could and would competently do so.

2. The history of the litigation and settlement negotiations is set out extensively in Plaintiffs' Motion for Preliminary Approval. *See* ECF No. 27 at 2-3.

3. On May 23, 2025, the Court issued an Order Granting Preliminary Approval. *See* ECF No. 31. My firm and my co-counsel have since worked with the Court-appointed Settlement Administrator, Kroll, to effectuate the Court-ordered Notice, and have fielded calls from Settlement Class Members answering their questions and assisting them in filing claims. Pursuant

to the Court's Preliminary Approval Order, the Notice Plan was effectuated on June 20, 2025, directing email notices to all potential Settlement Class members for whom a valid email address was available.

4. My co-counsel and I have compiled and reviewed the contents of the required notice, reviewed final claim and notice forms. The Settlement Administrator created a Settlement Website—which includes relevant case documents such as the Settlement Agreement, Plaintiffs' operative Complaint, the Preliminary Approval Order, the Motion for Attorneys' Fees, and the Published Notice—as well as information about the Settlement and related deadlines, including instructions on how to object or opt out of the Settlement. My firm and my co-counsel reviewed and tested the settlement website before it launched. Further, the Settlement Administrator also created a toll-free telephone number that provides recorded answers to frequently asked questions for Settlement Class Members.

5. In addition, my co-counsel and I have been in weekly contact with Kroll regarding the claims rate, questions about submitted forms, and troubleshooting to further implement the Notice Plan and facilitate the reach of direct notice to Settlement Class Members.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 8, 2025 in Paramus, New Jersey.

_____
Yitzchak Kopel