PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 Avenue of the Americas
New York, NY 10019-6064
+1 212 373 3000

**Liza Velazquez**
**Direct Dial:** +1 212 373 3096
**Email:** lvelazquez@paulweiss.com

Brussels
Hong Kong
London
Los Angeles
San Francisco
Tokyo
Toronto
Washington, DC
Wilmington

**By ECF AND EMAIL**

October 10, 2025

Hon. Andrew L. Carter, Jr.
United States District Court
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square, Room 435
New York, NY 10007

   Re: *Lindsey* v. *Citigroup Global Markets, Inc.*, 1:23-cv-10166 (ALC)(SN) (S.D.N.Y.)

Dear Judge Carter:

  We represent Citigroup Global Markets Inc. ("Citi") in the above-captioned action. Pursuant to Your Honor's Individual Practice Rule 1.D, we write to respectfully request that the Court adjourn the current deadline for Citi to answer the first Amended Complaint (ECF No. 12), and set the deadline for Citi to move to dismiss or answer a potential Second Amended Complaint. Plaintiff consents to this request.

  On September 30, 2025, Your Honor ruled on Citi's partial motion to dismiss and ordered Plaintiff to, if she so desires, file a Second Amended Complaint by October 20, 2025. *See* ECF No. 40 (the "Order") at 11. However, under Federal Rule of Civil Procedure 12(a)(4)(A), Citi's answer to the first Amended Complaint is due on October 14, 2025, well before Plaintiff's deadline to amend. Plaintiff is still considering her options with respect to amending the first Amended Complaint.

  Accordingly, we respectfully request that the Court set Citi's deadline to answer or otherwise respond to the operative complaint (whether it is the first Amended Complaint or a Second Amended Complaint Plaintiff files by October 20, 2025) to **November 3, 2025**, which is 14 days following Plaintiff's current deadline to amend. *See* Fed. R. Civ. P. 15(a)(3) ("any required response to an amended pleading must be made . . . within 14 days after service of the amended pleading . . . .").

  This is the second request to adjust this deadline. On April 4, 2024, the parties stipulated that Citi's deadline to move or answer the then-operative complaint would be stayed, pending

Plaintiff's filing of the first Amended Complaint.  The Court so-ordered that stipulation on April 5, 2024.  *See* ECF No. 11.  The now-operative first Amended Complaint was then filed on April 22, 2024, *see* ECF No. 12, and Citi's pre-motion to dismiss letter and subsequent motion to dismiss stayed the deadline to answer.  Amending Citi's deadline to answer will not impact any other deadline in this action.

Respectfully submitted,

*/s/ Liza Velazquez*
Liza Velazquez

cc:     All counsel of record (by ECF)