UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X

Felberbaum,

                Plaintiff,

      v.

Felberbaum,

              Defendant.

------------------------------------X

**ORDER OF REFERENCE
TO A
MAGISTRATE JUDGE**

24-CV-02333 (PMH)

The above entitled action is referred to the designated Magistrate Judge Reznik for purpose of:

- [ ] GENERAL PRE-TRIAL (includes scheduling, discovery, non-dispositive pre-trial motions and settlement)
- [ ] GENERAL PRE-TRIAL & DISPOSITIVE MOTION (all purposes except trial)
- [ ] DISPOSITIVE MOTION (i.e., a motion requiring a Report & Recommendation)
- [ ] SPECIFIC NON-DISPOSITIVE MOTION / DISPUTE (including discovery dispute)
- [ ] JURY SELECTION
- [ ] HABEAS CORPUS
- [ ] INQUEST AFTER DEFAULT / DAMAGES HEARING
- [ ] SOCIAL SECURITY
- [x] SETTLEMENT
- [ ] OTHER

Dated: 04/29/25

SO ORDERED:

_(signature)_

Philip M. Halpern
United States District Judge