UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERL FELBERBAUM,

                Petitioner,

-against-

YAAKOV FELBERBAUM,

                Respondent.

**ORDER**

24-CV-02333 (PMH)

PHILIP M. HALPERN, United States District Judge:

On May 15, 2025, Petitioner's counsel filed a proposed Order to Show Cause, which he made returnable before Judge Cathy Seibel, seeking to be relieved as counsel and for a 30-day stay of the action to permit Petitioner to obtain new counsel. (Doc. 61).

The Court declines to sign the proposed Order to Show Cause for failure to comply with Rule 1.4(b) of the Local Civil Rules and due to the errors contained therein.

However, the Court construes the filing as a motion to withdraw as counsel and GRANTS the motion. Because attorney Asher Brian White entered an appearance on behalf of Petitioner and has not been relieved by Court order, the requested 30-day stay for Petitioner to retain new counsel is unnecessary and is therefore DENIED. Asher White shall continue to represent Petitioner herein.

The Clerk of Court is respectfully requested to terminate Menachem White as counsel in this action and terminate the pending motion (Doc. 61).

Menachem White is directed to serve a copy of his application (Doc. 61) and this Order upon Petitioner and file proof of such service by May 20, 2025.

                                            **SO ORDERED:**

Dated:   White Plains, New York
           May 16, 2025

                                            PHILIP M. HALPERN
                                            United States District Judge