UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERL FELBERBAUM,

               Petitioner,

-against-

YAAKOV FELBERBAUM,

               Respondent.

**ORDER**

24-CV-02333 (PMH)

PHILIP M. HALPERN, United States District Judge:

On April 29, 2025, the Court entered a Civil Case Discovery Plan and Scheduling Order which provides, *inter alia*, fact discovery shall be completed by June 3, 2025, expert discovery shall be completed by July 1, 2025, pretrial materials shall be submitted by July 15, 2025, and a final pretrial conference is scheduled for August 13, 2025 at 10:00 a.m. (Doc. 58). The date scheduled therein for trial to commence was adjourned to September 2, 2025. (Doc. 62).

On May 16, 2025, the Court granted Menachem White's application to withdraw as Petitioner's counsel herein, despite improperly filing the request as an order to show cause, and denied the request for a 30-day stay of the action to permit Petitioner to obtain new counsel because attorney Asher White had entered an appearance on behalf of Petitioner and had not been relieved by Court order. (Doc. 63).

On May 28, 2025 Asher White filed a proposed Order to Show Cause seeking to be relieved as counsel and for a 30-day stay of the action to permit Petitioner to obtain new counsel. (Doc. 64). Counsel states that he does not wish to disclose the reason he seeks withdrawal. (Doc. 64-1 at 2). This fails to satisfy the requirement under Rule 1.4(a) that an order relieving counsel may be issued "only upon a showing by affidavit or otherwise of satisfactory reasons for withdrawal or displacement." Counsel further argues there is "little or no chance that the proceedings will be

unduly delayed by a withdrawal and subsequent brief additional stay." (*Id*. at 3). The Court disagrees, in light of the procedural history and current posture of this case, including the imminently scheduled trial.

The Court declines to sign the proposed Order to Show Cause for failure to comply with Rule 1.4(b) of the Local Civil Rules and in light of the posture of this case. Accordingly, Asher White's motion to be relieved as counsel is DENIED and the Clerk of Court is respectfully requested to terminate the pending "letter-motion" filed at Doc. 64.

**SO ORDERED:**

Dated:  White Plains, New York
          May 29, 2025

_____
PHILIP M. HALPERN
United States District Judge