Case 7:24-cv-08980-PMH    Document 67    Filed 03/28/25    Page 1 of 2

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 66.
>
> SO ORDERED.
>
> _/s/ Philip M. Halpern_
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        March 28, 2025

*Via ECF*

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *Chang v. Shen Yun Performing Arts, Inc., et al.*, Case No. 24-cv-8980 (S.D.N.Y.)

Dear Judge Halpern:

We write on behalf of Plaintiff and Defendants in the above-referenced case. Defendants' current deadline to respond to the First Amended Complaint is March 31, 2025. Having conducted the process for exchange of pre-motion letters as required in Section 4(C)(ii) of the Court's Individual Practices in Civil Cases, the parties jointly request an extension of time for Plaintiff to file a Second Amended Complaint by April 30, 2025, and to extend the deadline for all Defendants to respond to the proposed Second Amended Complaint to May 30, 2025. This schedule would supersede the existing schedule. This is the second joint request for an extension of the deadline for Defendants' responses to the complaint. *See* Dkt. 60.

In accordance with the Court's Individual Practices in Civil Cases, Defendant International Bank of Chicago ("IBC") served Plaintiff with a letter on March 17, 2025, outlining IBC's view of the pleading deficiencies with Plaintiff's First Amended Complaint. Defendants Shen Yun Performing Arts, Inc., Fei Tian Academy of the Arts, Fei Tian College, Dragon Springs Buddhist, Inc., Hongzhi Li, Rui Li, and Shujia Gong (collectively, the "Shen Yun Defendants") served Plaintiff with two letters on March 23, 2025—one on behalf of the individual Shen Yun Defendants and another on behalf of the entity Shen Yun Defendants—outlining their views of the pleading deficiencies in the First Amended Complaint. This was the first set of pre-motion to dismiss letters served by the Shen Yun Defendants in this litigation, and the second such letter by IBC.

On March 24, 2025, Plaintiff served an omnibus letter responding to all three letters, stating that Plaintiff intended to seek leave to amend the complaint and outlining the proposed amendment. In addition to providing more factual allegations that respond to the points raised in Defendants' letters, the proposed amendment will name additional plaintiffs and additional claims.

Barring unforeseen circumstances, Plaintiff does not anticipate further amendments. Because Defendants do not object to the filing of the Second Amended Complaint, Plaintiff requests that the Court grant Plaintiff leave to file the Second Amended Complaint. *See* Ind. Prac. Civil Cases § 5(C)(ii) (providing that leave to amend sought before motion to dismiss letters are filed with the Court will be liberally granted).

Respectfully submitted,

// s // Felicia S. Ennis            // s // Adam H. Farra

| | |
|---|---|
| Felicia S. Ennis<br>WARSHAW BURSTEIN, LLP<br>575 Lexington Avenue, 7th Floor<br>New York, New York 10022<br>(212) 984-7700<br>fennis@wbny.com<br><br>*Counsel for Defendant*<br>*International Bank of Chicago* | Adam H. Farra<br>Times Wang (pro hac vice forthcoming)<br>FARRA & WANG PLLC<br>1300 I Street N.W., Suite 400E<br>Washington, D.C. 20005<br>(202) 505-5989<br>afarra@farrawang.com<br>twang@farrawang.com |
| // s // Steven M. Schneebaum<br>Steven M. Schneebaum<br>STEVEN M. SCHNEEBAUM, P.C.<br>1750 K Street, N.W., Suite 1210<br>Washington, D.C. 20006<br>202-742-5900<br>202-449-3835 (Fax)<br>sms@smslawdc.com | Michael C. Dell'Angelo<br>Michaela L. Wallin<br>BERGER MONTAGUE PC<br>1818 Market Street, Suite 3600<br>Philadelphia, PA 19103<br>215-875-3080<br>mdellangelo@bm.net<br>mwallin@bm.net |
| Justin Butterfield<br>Lea E. Patterson<br>BUTTERFIELD & PATTERSON, PLLC<br>P.O. Box 941681<br>Plano, Texas 75094<br>945-284-0701 (Justin Direct)<br>945-284-0702 (Lea Direct)<br>945-523-0171 (Fax)<br>justin@butterfieldpatterson.com<br>lea@butterfieldpatterson.com | Mariyam Hussain<br>BERGER MONTAGUE PC<br>110 N. Wacker Drive, Suite 2500<br>Chicago, IL 60606<br>773-666-4316<br>mhussain@bm.net<br><br>*Counsel for Plaintiff and the Putative Class* |

Terri E. Marsh
Human Rights Law Foundation
1701 Rhode Island Avenue NW, Suite 4-117
Washington, D.C. 20036
202-774-0893
terri.marsh.hrlf@gmail.com

*Counsel for Defendants Shen Yun Performing Arts, Inc., Fei Tian College, Fei Tian Academy of the Arts, Dragon Springs Buddhist, Inc., Shujia Gong, Hongzhi Li, and Rui Li*

2