UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERL FELBERBAUM,

                Petitioner,

-against-

YAAKOV FELBERBAUM,

                Respondent.

**ORDER**

24-CV-02333 (PMH)

PHILIP M. HALPERN, United States District Judge:

    On May 30, 2025, Petitioner moved by Order to Show Cause to, *inter alia*, extend the time for service of discovery demands and responses. (Doc. 67). Respondent filed a letter requesting a pre-motion conference in anticipation of moving for sanctions, to compel, or to dismiss, in connection with Petitioner's failure to abide by the deadlines in the Civil Case Discovery Plan and Scheduling Order. (Doc. 68). The Civil Case Discovery Plan and Scheduling Order provides, *inter alia*, that initial disclosures, requests for production, interrogatories, and requests for admissions be served by May 13, 2025 with responses served by May 27, 2025; and fact discovery shall be completed by June 3, 2025. (Doc. 58).

    The Court declines to sign the proposed Order to Show Cause as it fails to comply with the Court's Individual Practices Rule 1(C), which requires that requests for adjournments or extensions of time shall be made in writing and filed on ECF as letter-motions in accordance with Rule 1(B), and be made at least 48 hours prior to the scheduled appearance or deadline.

    Nonetheless, Petitioner's application for an extension is granted in part (Doc. 67). The time for Petitioner to serve initial disclosures, requests for production, interrogatories, and requests for admissions is extended to this Friday June 6, 2025 and responses thereto shall be served by June 20, 2025. The time to object having expired, Petitioner's responses to Respondent's extant

discovery demands shall be served by June 12, 2025. There will be no further adjournments of those dates. The June 3, 2025 deadline to complete fact discovery is extended to July 1, 2025. All other provisions of the Civil Case Discovery Plan and Scheduling Order remain in place.

Respondent's request for a conference is denied without prejudice as moot in light of the Court's rulings herein (Doc. 68).

The Clerk of Court is respectfully requested to terminate the pending "letter-motion" filed at Doc. 67.

                                                      **SO ORDERED:**

Dated: White Plains, New York
        June 2, 2025

_____
PHILIP M. HALPERN
United States District Judge