

February 28, 2025

<u>**VIA ECF**</u>

Hon. Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re*:* *Thomas et al. v. Banks et al.*, 24-cv-05138 (JLR)

Dear Judge Rochon:

  As you may recall, the undersigned represents the Plaintiffs in the above-referenced matter. On January 17, 2025, the Court ordered the parties to file a joint status letter no later than February 28, 2025, regarding whether any of the Plaintiffs should be dismissed from this case due to intervening factual developments. Dkt. No. 67.

  I write jointly with opposing counsel to request a brief extension to file the joint status letter with the Court until March 10, 2025. The parties apologetically request this extension as they have been unable to obtain the payment information required to determine which Plaintiffs, if any, should be dismissed from this matter.

  The DOE payment information system is undergoing updates and will remain inaccessible until at least early next week. At the same time, the students' educational and related-service providers have not confirmed recent payments provided by DOE. The brief extension will allow the parties to provide the Court with a more fulsome report.

  The parties thank the Court for its courtesy and consideration in this matter.

Respectfully submitted,

*Rory J. Bellantoni*

Rory J. Bellantoni (RB2901)


Cc: All Counsel of Record via ECF.

Address:
300 East 95th Street
Suite 130
New York, NY 10128

Phone:
646-850-5035