AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | | |
|---|---|---|
| Perl Felberbaum | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 7:24-cv-02333-PMH |
| Yaakov Felberbaum | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Yaakov Felberbaum - Respondent   .

Date: 06/20/2025

*Camilla Redmond Costa*
*Attorney's signature*

Camilla Redmond Costa (6211908)
*Printed name and bar number*

Green Kaminer Min & Rockmore LLP
420 Lexington Ave. Ste. 2821
New York, NY 10170

*Address*

credmond@gkmrlaw.com
*E-mail address*

(212) 681-6400
*Telephone number*

(212) 681-6999
*FAX number*