UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERL FELBERBAUM,

              Petitioner,

-against-

YAAKOV FELBERBAUM,

              Respondent.

**ORDER**

24-CV-02333 (PMH)

PHILIP M. HALPERN, United States District Judge:

    On August 11, 2025, Respondent filed a motion for protective order to limit his production of certain information related to the children's school, medical treatment, and residence to Petitioner through discovery. (Doc. 82). Pursuant to Local Civil Rule 6.1(a), opposing papers were due by August 18, 2025. Petitioner did not file opposition. Accordingly, on August 26, 2025, the Court issued an order *sua sponte* extending Petitioner's time to file opposition to, *inter alia*, the motion for a protective order to September 5, 2025. (Doc. 85).

    On September 5, 2025, the Court issued an order striking an unauthorized filing by Petitioner, and therein reminded Petitioner of her deadline to file any opposition to Respondent's motion for a protective order. (Doc. 87). The Court warned Petitioner, for a second time, that if she failed comply with these orders, the filings would be deemed fully submitted and unopposed. (*Id*.). Petitioner has not filed any opposition to date.

    Accordingly, Respondent's motion for a protective order (Doc. 82) is GRANTED as unopposed. Information concerning the children's address, school, medical and healthcare providers, or other information that may identify where they live, go to school or extracurricular activities, or obtain medical and mental health treatment, is protected from disclosure.

A pretrial conference has been scheduled for **September 17, 2025 at 2:30 p.m.** to be held in the White Plains courthouse. The parties should be prepared to discuss necessary revisions to the proposed joint pretrial order, the submissions required under Rules 6(B) and 6(D) of the Court's Individual Practices which were due on August 15, 2025, and all other matter pertinent to the trial scheduled to proceed on October 27, 2025.

                          **SO ORDERED:**

Dated:   White Plains, New York
           September 9, 2025

                          _____
                          PHILIP M. HALPERN
                          United States District Judge