UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PERL FELBERBAUM,

               Petitioner,

-against-

YAAKOV FELBERBAUM,

               Respondent.

**ORDER**

24-CV-02333 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared for a pre-trial conference today.

As explained more fully during the appearance, the Court directs as follows:

1. By **September 19, 2025**, Petitioner will serve upon Respondent, and provide two courtesy copies to Chambers, a set of her proposed trial exhibits.

2. To the extent any party seeks an order pursuant to Rule 43(a) permitting any witness to testify remotely via video-conference at trial, they shall file such written application via ECF by **September 24, 2025**. Opposition to any such application may be filed by **October 1, 2025.**

3. The parties shall meet and confer regarding the Court's directives and instructions regarding changes to the Joint Pretrial Order and file, by **October 3, 2025**, an Amended Proposed Joint Pretrial Order.

4. By **October 3, 2025**, the parties shall serve, and provide two courtesy copies to Chambers, the affidavits constituting the direct testimony of each trial witness. Within three business days after submission of such affidavits, counsel for each party shall submit a list of all affiants whom he or she intends to cross-examine at trial.

5. The parties shall meet and confer and by **October 3, 2025**, shall file a joint letter setting forth the parties' respective positions with citation to applicable caselaw on the issue of preclusion of Respondent's expert at trial.

6. By **October 3, 2025**, Petitioner shall serve upon Respondent, and submit to the Court, a marked pleading, as well copies of the pleadings that will be marked as Court Exhibits: the Amended Petition (Doc. 10) and Response (Doc. 57).

7. The next pretrial conference remains scheduled for **October 15, 2025 at 2:30 p.m.** with trial scheduled to commence on **October 27, 2025 at 9:00 a.m.**

See Transcript.

**SO ORDERED:**

Dated: White Plains, New York
September 17, 2025

_____
PHILIP M. HALPERN
United States District Judge