UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

IN RE GRAB HOLDINGS LIMITED
SECURITIES LITIGATION

Case No. 1:22-cv-02189-JLR

---

### DECLARATION OF SUSAN L. SALTZSTEIN
### IN SUPPORT OF DEFENDANTS' JOINT MOTION TO DISMISS

SUSAN L. SALTZSTEIN, pursuant to 28 U.S.C. § 1746, declares as follows:

1.      I am a member of the Bar of this Court and a partner with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, counsel to Defendants Grab Holdings Limited ("Grab"), Anthony Tan, Peter Oey, Tan Hooi Ling, Maa Ming-Hokng, John Rogers, Dara Khosrowshahi, Ng Shin Ein and Oliver Jay.

2.      I respectfully submit this declaration, together with the attached exhibits, in support of Defendants' Joint Motion to Dismiss and to transmit true and correct copies of the following documents:

Exhibit A.   Excerpts from Grab's Proxy/Registration Statement, dated November 19, 2021, as filed with the SEC on Form 424(b)(3), a full copy of which is publicly available at https://www.sec.gov/Archives/edgar/data/1855612/000119312522009858/d260181d424b3.htm

Exhibit B.   Transcript of Grab's Q2 2021 Financial Results Webcast held on September 13, 2021 as filed with the SEC.

Exhibit C.   Grab's Announcement of Fourth Quarter and Full Year 2021 Results, dated March 3, 2022, as filed with the SEC on Form 6-K.

Exhibit D.    Excerpt from Grab's annual report for the fiscal year ended December 31, 2021, dated April 28, 2022, as filed with the SEC on Form 20-F, a full copy of which is publicly available at https://www.sec.gov/ix?doc=/Archives/edgar/data/0001855612/000119312522125634/d170219d20f.htm

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       November 18, 2022

                                          /s/ Susan L. Saltzstein
                                          Susan L. Saltzstein

2