**POMERANTZ LLP**
Joshua B. Silverman
Brian P. O'Connell
10 South La Salle Street, Suite 3505
Chicago, Illinois 60603
Telephone: (312) 377-1181
Facsimile: (312) 377-1184

-and-

**LEVI & KORSINSKY, LLP**
Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Fax: (212) 363-7171

*Co-Lead Counsel for Co-Lead Plaintiffs and the Class*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE GRAB HOLDINGS LIMITED SECURITIES LITIGATION | Case No. 1:22-cv-02189-JLR<br><br>Hon. Jennifer L. Rochon |

**LEAD PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Lead Plaintiffs Si Fan, Amit Batra, and SLG Cloudbank Holdings ("Plaintiffs") respectfully request that the Court consider the following decision as it reviews Defendants' briefs in support of their pending motion to dismiss, (ECF Nos. 90 and 93), and Plaintiffs' brief in opposition thereto, (ECF No. 92).

On March 10, 2023, a motion to dismiss was partially denied in a similar SPAC related case captioned *Bernstein v. Ginkgo Bioworks Holdings, Inc., et al.*, No. 4:21-cv-08943-KAW, ECF

No. 81 (N.D. Cal. Mar. 10, 2023), attached hereto as Exhibit A.  In *Ginkgo*, the court found that even general allegations of the SPAC Board of Directors' due diligence alone were sufficient to plead a negligence claim against each Board member under Section 14(a) of the Securities Exchange Act of 1934.  *Id*. at 15-16.

Dated: May 12, 2023

Respectfully submitted,

**POMERANTZ LLP**

By: */s/ Brian P. O'Connell*
Joshua B. Silverman
Brian P. O'Connell
10 South La Salle Street, Suite 3505 Chicago, Illinois 60603
Telephone: (312) 377-1181
Fax:         (312) 377-1184
Email: jbsilverman@pomlaw.com
         boconnell@pomlaw.com

Jeremy A. Lieberman
J. Alexander Hood II
600 Third Avenue, 20th Floor
New York, New York 10016
 Telephone: (212) 661-1100
Fax:         (212) 661-8665
Email: jalieberman@pomlaw.com
         ahood@pomlaw.com
-and-

**LEVI & KORSINSKY, LLP**

Shannon L. Hopkins
1111 Summer Street, Suite 403
Stamford, CT 06905
Tel.: (203) 992-4523
Fax: (212) 363-7171
Email: shopkins@zlk.com

*Attorneys for Co-Lead Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

On May 12, 2023, the foregoing document was filed through the Court's ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Brian P. O'Connell*
Brian P. O'Connell
