# Skadden, Arps, Slate, Meagher & Flom llp

ONE MANHATTAN WEST

NEW YORK, NY 10001

————

TEL: (212) 735-3000

FAX: (212) 735-2000

www.skadden.com

DIRECT DIAL
212-735-4132
DIRECT FAX
917-777-4132
EMAIL ADDRESS
SUSAN.SALTZSTEIN@SKADDEN.COM

FIRM/AFFILIATE OFFICES
————
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
————
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

March 5, 2024

**<u>VIA ECF</u>**
Honorable Jennifer L. Rochon
United States District Judge
Southern District of New York
500 Pearl St.
New York, NY 10007

RE:  *In re Grab Holdings Ltd. Sec. Litig.*, 1:22-cv-02189 (JLR)

Dear Judge Rochon:

On behalf of Defendants Grab Holdings Limited, Anthony Tan, Peter Oey, Tan Hooi Ling, Maa Ming-Hokng, John Rogers, Dara Khosrowshahi, Ng Shin Ein and Oliver Jay (the "Grab Defendants"), we respectfully submit the attached decision from the United States Court of Appeals for the Second Circuit in *Mi v. Waterdrop Inc.*, No. 23-301, 2024 WL 159191 (2d Cir. Jan. 16, 2024), as supplemental authority. The decision affirms the District Court's opinion in *Sandoz v. Waterdrop, Inc.*, No. 21cv7683 (DLC), 2023 WL 1767526 (S.D.N.Y. Feb. 3, 2023), which is cited in Defendants' Joint Reply Memorandum of Law, ECF No. 93 at 1. The Grab Defendants may rely on the attached decision at oral argument.

Respectfully,

*/s/Susan L. Saltzstein*

Susan L. Saltzstein

Enclosure

cc: All Counsel of Record (via ECF)