| QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>295 Fifth Ave<br>New York, New York 10016<br>Tel.: (212) 849-7000<br>Fax: (212) 849-7100 | SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, New York 10017<br>Tel.: (212) 455-0000<br>Fax: (212) 455-2502 | COHEN MILSTEIN SELLERS & TOLL PLLC<br>88 Pine Street, 14th Floor<br>New York, NY 10005<br>Tel.: (212) 838-7797<br>Fax: (212) 838-7745 |
|---|---|---|

June 20, 2025

**VIA ECF**

Hon. Gary Stein
United States Magistrate Judge
United States District Court
Southern District of New York
500 Pearl Street, Room 9A
New York, NY 10007

Re:   *Northwest Biotherapeutics, Inc. v. Canaccord Genuity LLC, et al.*,
        No. 1:22-cv-10185-GHW-GS

Dear Magistrate Judge Stein:

  Plaintiff Northwest Biotherapeutics Inc. ("NWBO") and all Defendants[1] (together, the "Parties") submit this joint status letter pursuant to the Case Management Plan and Scheduling Order ("Case Management Plan"). ECF No. 218 at 5.

  Since the June 5, 2025 Initial Case Management Conference, the Parties have continued to make progress in discovery. Pursuant to the Case Management Plan, the Parties exchanged initial disclosures on June 9, 2025. NWBO has served a first set of Requests for Production ("RFPs") on each Defendant, to which each Defendant has served or will soon serve responses and objections ("R&Os"). Defendants have served first sets of RFPs on NWBO,[2] and Citadel Securities LLC has also served a first set of interrogatories on NWBO, to which NWBO has served R&Os. On June 16, 2025, pursuant to the Case Management Plan (ECF No. 218 at 4), the Parties submitted competing proposals for both the Protective Order and ESI Protocol to govern this action. *See* ECF Nos. 219, 220. The Parties' disputes as to the Protective Order and ESI Protocol remain pending. At this time, there are no other ripe discovery disputes or other issues that the Parties wish to raise.

---

[1]   Defendants are Canaccord Genuity LLC, Citadel Securities LLC, G1 Execution Services LLC, GTS Securities LLC, Instinet LLC, Lime Trading Corp., and Virtu Americas LLC.

[2]   On May 9, 2025, Citadel Securities LLC served RFPs on NWBO, to which NWBO served R&Os on June 9, 2025. Other Defendants served RFPs on NWBO on June 12, 2025, with the exception of Lime Trading Corp., which is resting on the RFPs served by other Defendants. NWBO will serve R&Os to these RFPs on July 14, 2025.

Respectfully submitted,

<div style="display: flex;">
<div>

/s/ *Laura H. Posner* (with permission)
Laura H. Posner
Michael B. Eisenkraft
COHEN MILSTEIN SELLERS & TOLL PLLC
88 Pine Street, 14th Floor
New York, New York 10005
Tel: (212) 838-7797
Fax: (212) 838-7745
lposner@cohenmilstein.com
meisenkraft@cohenmilstein.com

Raymond M. Sarola
COHEN MILSTEIN SELLERS & TOLL PLLC
100-120 N. 18th Street, Suite 1820
Philadelphia, PA 19103
Tel: (267) 479-5700
Fax: (267) 479-5701
rsarola@cohenmilstein.com

*Counsel for Plaintiff Northwest Biotherapeutics, Inc.*

</div>
<div>

/s/ *William A. Burck*
William A. Burck
Christopher G. Michel (admitted *pro hac vice*)
Quinn Emanuel Urquhart & Sullivan, LLP
1300 I Street NW, Suite 900
Washington, D.C. 20005
Tel: 202-538-8000
Fax: 202-538-8100
williamburck@quinnemanuel.com
christophermichel@quinnemanuel.com

Christopher D. Kercher
Jesse Bernstein
Peter H. Fountain
Leigha Empson
Quinn Emanuel Urquhart & Sullivan, LLP
295 Fifth Avenue
New York, New York 10016
Tel: 212-849-7000
Fax: 212-849-7100
christopherkercher@quinnemanuel.com
jessebernstein@quinnemanuel.com
peterfountain@quinnemanuel.com
leighaempson@quinnemanuel.com

Jonathan K. Youngwood
jyoungwood@stblaw.com
Stephen P. Blake
sblake@stblaw.com
Simpson Thacher & Bartlett LLP
425 Lexington Avenue
New York, New York 10017
Telephone: (212) 455-0000
Facsimile: (212) 455-2502

*Counsel for Defendant Citadel Securities LLC*

</div>
</div>

/s/ *Anthony S. Fiotto* (with permission)
Anthony S. Fiotto
Julia C. Koch
Morrison & Foerster LLP
200 Clarendon Street
Boston, MA 02116
Telephone: 617-648-4700
Facsimile: 617-830-0142
Email: AFiotto@mofo.com
Email: JKoch@mofo.com

Eric D. Lawson
Morrison & Foerster LLP
250 West 55th Street
New York, NY 10019
Telephone: 212-336-4067
Facsimile: 212-468-7900
Email: ELawson@mofo.com

*Counsel for Defendant Canaccord Genuity LLC*

/s/ *Marjorie J. Peerce* (with permission)
Marjorie J. Peerce
Ballard Spahr LLP
1675 Broadway, 19th Floor
New York, NY 10019-5820
Tel: (212) 223-0200
Fax: (212) 223-1942
peercem@ballardspahr.com

Norman Goldberger (*pro hac vice* forthcoming)
Laura Krabill (admitted *pro hac vice*)
J. Chesley Burruss
Ballard Spahr LLP
1735 Market Street, 51st Floor
Philadelphia, PA 19103
Tel: (215) 665-8500
Fax: (215) 864-8999
goldbergerm@ballardspahr.com
krabilll@ballardspahr.com
burrussc@ballardspahr.com

*Counsel for Defendant G1 Execution Services LLC*

3

<u>/s/ Peter G. Wilson</u> (with permission)
Peter G. Wilson
Christian T. Kemnitz (admitted *pro hac vice*)
Benjamin C. Levine (admitted *pro hac vice*)
Katten Muchin Rosenman LLP
525 West Monroe Street
Chicago, Illinois 60661-3693
Telephone: (312) 902-5200
peter.wilson@katten.com
christian.kemnitz@katten.com
benjamin.levine@katten.com

*Counsel for Defendant GTS Securities LLC*


<u>/s/ Richard A Edlin</u> (with permission)
Richard A. Edlin
Daniel P. Filor
Nicholas T. Barnes
Greenberg Traurig, LLP
One Vanderbilt Avenue
New York, NY 10017
Telephone: (212) 801-9200
Facsimile: (212) 801-6400
edlinr@gtlaw.com
filord@gtlaw.com
barnesn@gtlaw.com

*Counsel for Defendant Instinet LLC*


<u>/s/ Kevin P. Broughel</u> (with permission)
Kevin P. Broughel
Zoe Lo
Katten Muchin Rosenman LLP
50 Rockefeller Plaza
New York, NY 10020-1605
Phone: (212) 940-6343
Fax: (212) 940-8776
kevin.broughel@katten.com
zoe.lo@katten.com

*Counsel for Defendant Lime Trading Corp.*

<div style="text-align: right">

<u>/s/ *Andrew G. Gordon* (with permission)</u>
Andrew G. Gordon
Audra J. Soloway
Jessica S. Carey
Paul, Weiss, Rifkind, Wharton & Garrison
1285 Avenue of the Americas
New York, NY 10019-6064
Phone: (212) 373-3000
Fax: (212) 757-3990
agordon@paulweiss.com

*Counsel for Defendant Virtu Americas LLC*

</div>

cc:     All counsel of record