**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

NORTHWEST BIOTHERAPEUTICS,
INC,

                               Plaintiff,

          -against-

CANACCORD GENUITY LLC et al.,

                          Defendants.

------------------------------------------------------------------X

**22 Civ. No. 10185 (GHW) (GS)**

**DISCOVERY CONFERENCE**
**<u>SCHEDULING ORDER</u>**

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for an in-person Discovery Conference on **<u>Friday, June 27,</u>**

**<u>2025 at 11:00 a.m.</u>** to discuss the pending discovery disputes concerning the parties' competing

proposals for both the Protective Order and ESI Protocol to govern this action.  (*See* Dkt. Nos.

219, 220, 221).  Counsel are directed to appear for the conference in Courtroom 9A, United

States Courthouse, 500 Pearl Street, New York, NY 10007.

      **SO ORDERED.**

DATED:     New York, New York
             June 20, 2025

                                  _____
                                  The Honorable Gary Stein
                                  United States Magistrate Judge