## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NORTHWEST BIOTHERAPEUTICS, INC.<br><br>Plaintiff,<br><br>- against-<br><br>CANACCORD GENUITY LLC, CITADEL SECURITIES LLC, G1 EXECUTION SERVICES LLC, GTS SECURITIES LLC, INSTINET LLC, LIME TRADING CORP., SUSQUEHANNA INTERNATIONAL GROUP LLC, and VIRTU AMERICAS LLC,<br><br>Defendants. | Case No: 1:22-cv-10185-GHW<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Stephen W. Tountas of Kasowitz LLP, who is admitted to practice in this Court, hereby enters his appearance in the above-captioned matter as counsel for Plaintiff Northwest Biotherapeutics, Inc.

Dated:   New York, New York
         July 30, 2025

Respectfully submitted,

KASOWITZ LLP

By: */s/ Stephen W. Tountas*
    Stephen W. Tountas
    1633 Broadway
    New York, New York 10019
    Tel: (212) 506-1700
    stountas@kasowitz.com

*Attorneys for Plaintiff*