**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

RYAN BARRON, et al.,

*Plaintiffs,*

v.

MICROMOBILITY.COM INC., et al.,

*Defendants.*

**Civil Action No.:** 1:20-cv-04703-LLS

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

**PLEASE TAKE NOTICE** that Aaron Lawson of Clyde & Co US LLP, with offices located at 405 Lexington Avenue, 16th Floor, New York, New York 10174, hereby appears on behalf of Defendant Saeed Al Darmaki in the above-captioned matter.

I hereby certify that I am admitted to practice before this Court.

DATED: New York, New York
November 5, 2024

CLYDE & CO US LLP

By: /s/ Aaron Lawson

Aaron Lawson
CLYDE & CO US LLP
405 Lexington Avenue, 16th Floor
New York, New York 10174
Telephone: (212) 702-6778
Facsimile: (212) 710-3950
Email: aaron.lawson@clydeco.us

*Counsel for Defendant Saeed Al Darmaki*