

PHILADELPHIA
ATLANTA
CHARLOTTE
CHERRY HILL
CHICAGO
DALLAS
DENVER
HOUSTON
LAS VEGAS
LONDON
LOS ANGELES

## COZEN
## O'CONNOR
### ATTORNEYS

NEWARK
NEW YORK
SAN DIEGO
SAN FRANCISCO
SEATTLE
TRENTON
WASHINGTON, DC
WEST CONSHOHOCKEN
WICHITA
WILMINGTON

A PROFESSIONAL CORPORATION

1900 MARKET STREET  PHILADELPHIA, PA 19103-3508  215.665.2000  800.523.2900  215.665.2013 FAX  www.cozen.com

September 10, 2004

**VIA E-MAIL**

**Elliott R. Feldman**
Direct Phone 215.665.2071
Direct Fax  215.701.2071
efeldman@cozen.com

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY  FILED
> DOC #: _____
> DATE FILED: 9-13-04

The Honorable Richard C. Casey
United States District Court for the
District of New York
United States Courthouse
500 Pearl Street, Room 1950
New York, NY 10007-1312

Re:  *In Re: Terrorist Attack on September 11, 2001, MDL No. 1570 (RCC)*
     *Federal Insurance Company, et al. v. al Qaida, et al., 03 CV 6978 (RCC)*

Dear Judge Casey:

I apologize in advance for burdening the Court with another letter application by fax. By Order dated September 9, Your Honor granted the relief sought in our letter of August 31, seeking leave to file updated insurance schedules for the present *Federal* plaintiffs, as well as new insurance schedules for additional plaintiffs AIG and ACE. We now have been retained by two additional insurers, TIG and AXA, and we are awaiting word from certain additional companies as well. We therefore, respectfully, are requesting that the Court endorse this letter so as to grant leave for us to file insurance schedules for other new *Federal* plaintiffs, in addition to ACE and AIG, under seal, consistent with the previous Orders of this Court.

Thank you in advance for your kind attention to this matter.

Very truly yours,

COZEN O'CONNOR

By: _Elliott R. Feldman_

ERF/rd
cc:  All Counsel of Record (Via Email or Fax)

*application granted*

*Rec'd of Counsel*

9/10/04