UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

In Re:                                              :

    TERRORIST ATTACKS                       :
    ON SEPTEMBER 11, 2001

                             :

-----------------------------------------------------------x

**ORDER**

03 MDL 1570 (GBD)(FM)

**FRANK MAAS**, United States Magistrate Judge.

       The docket sheet for this matter indicates that several objections to my prior discovery rulings have been submitted to Judge Daniels. Although these objections are available via ECF, they do not generally come to my attention in that manner. Accordingly, henceforth, any party filing an objection to any of my rulings is directed to send a courtesy copy thereof to my Chambers.

       SO ORDERED.

Dated:     New York, New York
           October 3, 2007

                                 _____
                                   FRANK MAAS
                       United States Magistrate Judge

Copy to:

Hon. George B. Daniels
United States District Judge