CAHILL GORDON & REINDEL LLP
EIGHTY PINE STREET
NEW YORK, NY 10005-1702

| | | | |
|---|---|---|---|
| ROBERT A. ALESSI | CHARLES A. GILMAN | JOEL H. LEVITIN | MICHAEL A. SHERMAN |
| HELENE R. BANKS | ARIEL GOLDMAN | GEOFFREY E. LIEBMANN | DARREN SILVER |
| ANIRUDH BANSAL | JASON M. HALL | BRIAN T. MARKLEY | JOSIAH M. SLOTNICK |
| DAVID L. BARASH | WILLIAM M. HARTNETT | WILLIAM J. MILLER | RICHARD A. STIEGLITZ JR. |
| LANDIS C. BEST | NOLA B. HELLER | NOAH B. NEWITZ | SUSANNA M. SUH |
| BRADLEY J. BONDI | CRAIG M. HOROWITZ | MICHAEL J. OHLER | ANTHONY K. TAMA |
| BROCKTON B. BOSSON | DOUGLAS S. HOROWITZ | DAVID R. OWEN | JONATHAN D. THIER |
| JAMES J. CLARK | TIMOTHY B. HOWELL | JOHN PAPACHRISTOS | SEAN P. TONOLLI* |
| CHRISTOPHER W. CLEMENT | DAVID G. JANUSZEWSKI | LUIS R. PENALVER | JOHN A. TRIPODORO |
| AYANO K. CREED | ELAI KATZ | KIMBERLY PETILLO-DÉCOSSARD | GLENN J. WALDRIP, JR. |
| SEAN M. DAVIS | BRIAN S. KELLEHER | SHEILA C. RAMESH | HERBERT S. WASHER |
| STUART G. DOWNING | RICHARD KELLY | MICHAEL W. REDDY | MICHAEL B. WEISS |
| ADAM M. DWORKIN | CHÉRIE R. KISER* | OLEG REZZY | S. PENNY WINDLE |
| ANASTASIA EFIMOVA | JOEL KURTZBERG | JAMES ROBINSON | DAVID WISHENGRAD |
| JENNIFER B. EZRING | TED B. LACEY | THORN ROSENTHAL | COREY WRIGHT |
| JOAN MURTAGH FRANKEL | MARC R. LASHBROOK | TAMMY L. ROY | JOSHUA M. ZELIG |
| JONATHAN J. FRANKEL | ALIZA R. LEVINE | JONATHAN A. SCHAFFZIN | DANIEL J. ZUBKOFF |
| PIERRE M. GENTIN | | | |

TELEPHONE: (212) 701-3000
WWW.CAHILL.COM

1990 K STREET, N.W.
WASHINGTON, DC 20006-1181
(202) 862-8900

CAHILL GORDON & REINDEL (UK) LLP
24 MONUMENT STREET
LONDON EC3R 8AJ
+44 (0)20 7920 9800

WRITER'S DIRECT NUMBER
(212) 701-3000

*ADMITTED IN DC ONLY

December 21, 2018

**VIA ECF**

Honorable George B. Daniels
Honorable Sarah Netburn
United States Magistrate Judge
Southern District of New York

> Re:    *In re Terrorist Attacks on September 11, 2001*
> MDL No. 03-MDL-1570 (GBD) (SN)
> *Swiss Reinsurance America Corp., et al.* v. *Kingdom of Saudi Arabia*
> Case No.: 18-CV-12109

Dear Honorable Judges Daniels and Netburn:

Our office represents the plaintiffs named in *Swiss Reinsurance America Corp., et al.* v. *Kingdom of Saudi Arabia* filed on December 21, 2018, index number 18-CV-12109. Pursuant to this Court's Order in *In Re: Terrorist Attacks on September 11, 2001*, 03-MDL-1570, dated July 10, 2018, ECF No 4540, this case was initiated through the filing of a Short Form Complaint. We respectfully request that this new action under index number 18-CV-12109, be made part of the existing 03-MDL-1570.

Respectfully submitted,

Thorn Rosenthal
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005

CAHILL GORDON & REINDEL LLP

- 2 -

cc:    Michael K. Kellogg, Esq.
       Kellogg, Hansen, Todd, Figel & & Frederick, P.L.L.C
       Attorneys for Kingdom of Saudi Arabia
       1615 M Street N.W. Suite 400
       Washington, DC 20036-3215
       Tel#: 202-326-7900

CAHILL GORDON & REINDEL LLP